THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET L. WARNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | CASE NO. C13-0757-JCC<br><br>ORDER |

The Court, after consideration of Plaintiff's complaint (Dkt. No. 3), the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 22), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is AFFIRMED and this case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge James P. Donohue.

//

//

//

1     DATED this 1st day of December 2013.

                                                              *[signature]*

                                                              John C. Coughenour
                                                              UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2